**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 25, 2026

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: ***United States v. Viktor Smajlaj*, No. 26 Cr. 179 (JAV)**

Dear Judge Vargas:

The Government writes respectfully to request that the Court schedule a conference in this matter to issue an order directing the defendant Viktor Smajlaj not to contact, directly or indirectly, or to aid or encourage anyone else to contact, the Minor Victim in this case, and not to provide to anyone else the address, personal identification information, or phone number of the Minor Victim or anyone in her family.[1]

On August 24, 2026, the Court authorized the attached complaint charging Erion Beshiri, a/k/a "Stromboli," with conspiracy to commit witness tampering, witness tampering by threats, intimidation, and corrupt persuasion, and witness tampering by intentional harassment. As set forth in the complaint, the charges against Beshiri stem from Beshiri's recent efforts, on Smajlaj's behalf, to contact the Minor Victim to try to end her cooperation with federal authorities. Before Beshiri contacted the Minor Victim, Smajlaj and Beshiri spoke on a recorded jail line about Beshiri's plan to do so, Smajlaj provided Beshiri with the Minor Victim's phone number, and Smajlaj thanked Beshiri for contacting the Minor Victim.

On August 25, 2026, Beshiri was arrested and brought to the courthouse to be presented on the complaint. During his transfer to the courthouse, Beshiri stated to law enforcement officers, in substance and in part, that he did not threaten the Minor Victim but did call her "to help [his] friend out," referring to Smajlaj. Beshiri also stated his desire now that he has been arrested "to go after" the Minor Victim "in a legit way, not threatening," to "go all out," and "to find a way to fuck [the Minor Victim] over." Magistrate Judge Barbara Moses detained Beshiri without bail pending trial, over his objection.

This conduct raises serious victim safety concerns. Smajlaj is already charged in Count One of Indictment 26 Cr. 179 with stalking and harassing the Minor Victim for years, including

[1] The Government does not intend to suggest that the requested order should apply to any communications between Smajlaj and his counsel.

by physically abusing her and threatening to do so in violation of multiple protective orders. Although he is detained without bail pending trial principally because of concerns that he might retaliate against or harm the Minor Victim or her family, Smajlaj nevertheless appears intent on using the remaining means available to him from his detention facility to continue to contact and harass the Minor Victim. The Court should issue a no-contact order to Smajlaj to prevent him from making further attempts to harass the Minor Victim on pain of further sanctions, which may include an order prohibiting his access to communication facilities while in detention, *see, e.g.*, *United States v. Potter*, 2020 WL 6253441 (D.V.I. Oct. 22, 2020), and prosecution for contempt of court, *see* 18 U.S.C. § 402.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Ryan W. Allison
Jorja N. Knauer
Assistant United States Attorneys
Southern District of New York
(212) 637-2474

cc: Counsel of Record (by ECF)

The Court will hold a conference in this matter on August 27, 2026 at 3 pm in Courtroom 11B, 500 Pearl Street. The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: August 26, 2026

JEANNETTE A. VARGAS
United States District Judge