Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2026

***Via CM/ECF***
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Viktor Smajlaj***
**26 Cr. 179 (JAV)**

Dear Judge Vargas,

I write to respectfully request that the Court adjourn the October 19, 2026, Rule 12 deadline in the above-captioned case by two weeks, to November 2, 2026. The Government, by AUSA Ryan Allison, does not object to this application. An adjournment of the Rule 12 deadline is necessary because, earlier today, the Government conveyed a written, formal plea offer to Mr. Smajlaj, and I require time to review it with him and schedule a change-of-plea hearing. The defense notes that time is presently excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) through November 30, 2026, the date of the next pre-trial conference. *See* Dkt. No. 11.

I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Ryan Allison
AUSA Jorja Knauer

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated: October 6, 2026